KAREN P. HEWITT
United States Attorney

TOM STAHL, CBN 78291
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-0977
Facsimile:   (202) 307-0054
E-mail:      justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ARMSTRONG;<br>WASHINGTON MUTUAL BANK; and<br>CHUONG TRAN,<br><br>Defendants. | Civil No. 08 CV 0069 H CAB<br><br>THE UNITED STATES' COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS |

1. This is a civil action to reduce federal tax assessments against Defendant Christopher Armstrong to judgment and to foreclose federal tax liens against certain real property.

2. This action is brought at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and 7403.

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.   Venue is proper in the Southern District of California under 28 U.S.C. §§ 1391(b) and 1396 because Christopher Armstrong resides in this judicial district and the real property which the United States seeks to foreclose is located within this judicial district.

## DEFENDANTS

5.   Christopher Thanh Nguyen Armstrong resides within this district.

6.   Washington Mutual Bank is named as a defendant in this action because it may claim an interest in the real property that is the subject of this action.

7.   Chuong Tran is named as a defendant in this action because she may claim an interest in the real property that is the subject of this action.

## THE SUBJECT PROPERTY

8.   The real property that is the subject of this action ("the Subject Property") is located at 4180 44th Street, San Diego, California 92105., and is legally described as follows:

> LOT 44 AND THE SOUTH 12 ½ FEET OF LOT 45 IN BLOCK 56 OF FAIRMONT ADDITION TO CITY HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1035, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY.

9.   Christopher Armstrong first acquired title to the Subject Property on or about June 6, 2001.

10.   On or about July 31, 2003, Christopher Armstrong transferred bare-legal title to the Subject Property to Chuong Tran for little or no consideration.

11.   On or about April 21, 2005, Chuong Tran recorded a quitclaim deed with the County Recorder's Office of San Diego County, California, transferring any interest she had in the Subject Property back to Christopher Armstrong.

///

///

Complaint                                              - 2 -

## FIRST CLAIM FOR RELIEF
## TO REDUCE FEDERAL INCOME TAX ASSESSMENTS AGAINST CHRISTOPHER ARMSTRONG TO JUDGMENT

12. On the dates indicated below, a duly authorized delegate of the Secretary of the Treasury, made assessments for the amounts and tax periods set forth against Christopher Armstrong for unpaid federal income taxes, penalties, interest and other statutory additions:

| TAX TYPE | TAX PERIOD | ASSESSMENT DATE | UNPAID BALANCE, INCLUDING TAX, INTEREST, AND PENALTIES[1] |
|---|---|---|---|
| 1040 | 1994 | 09-02-2002 | $118,980.81 |
| 1040 | 1995 | 09-02-2002 | $154,091.75 |
| 1040 | 1997 | 07-20-1998 | $3,074.38 |
| 1040 | 1998 | 09-13-1999 | $23,625.56 |
| 1040 | 2000 | 07-09-2001 | $32,363.05 |
| 1040 | 2001 | 10-06-2003 | $22,320.78 |

13. Despite timely notice and demand for payment of the assessed amounts described in paragraph 12 above, Christopher Armstrong failed or refused to pay the assessed amounts to the United States. As of December 31, 2007, the unpaid balance due and owing of the assessments, accrued interest, and other additions as provided by law was $354,456.33.

## SECOND CLAIM FOR RELIEF
## TO REDUCE FEDERAL TRUST FUND RECOVERY PENALTY ASSESSMENTS AGAINST CHRISTOPHER ARMSTRONG TO JUDGMENT

14. On the dates indicated below, a duly authorized delegate of the Secretary of the Treasury, made assessments for the amounts and tax periods set forth against Christopher Armstrong for trust fund recovery penalties under 26 U.S.C. § 6672, interest and other statutory additions:

---

[1] Accrued interest and penalties are calculated through December 31, 2007

Complaint                                    - 3 -

| TAX TYPE | TAX PERIOD | ASSESSMENT DATE | UNPAID BALANCE, INCLUDING TAX, INTEREST, AND PENALTIES[2] |
|---|---|---|---|
| 6672 | March 31, 2002 | 12-12-2005 | $1,989.04 |
| 6672 | June 30, 2002 | 12-12-2005 | $6,169.68 |
| 6672 | September 30, 2003 | 12-12-2005 | $4,082.31 |
| 6672 | December 31, 2003 | 12-12-2005 | $5,859.75 |

15. Despite timely notice and demand for payment of the assessed amounts described in paragraph 14 above, Christopher Armstrong failed or refused to pay the assessed amounts to the United States. As of December 31, 2007, the unpaid balance due and owing of the assessments, accrued interest, and other additions as provided by law was $18,100.78.

### THIRD CLAIM FOR RELIEF
### TO FORECLOSE FEDERAL TAX LIENS AGAINST PROPERTY HELD BY CHRISTOPHER ARMSTRONG

16. The United States incorporates the allegations from paragraphs 1 through 15, above.

17. Pursuant to 26 U.S.C. § 6321 and § 6322, liens arose in favor of the United States on the dates of the assessments set forth in paragraphs 12 and 14 above and attached to all property and rights to property of Christopher Armstrong including the Subject Property.

18. On or about August 4, 2003, a delegate of the Secretary of Treasury recorded in the County Recorder's Office of San Diego County, California, Notices of Federal Tax Lien against Christopher Armstrong for his unpaid federal income tax liabilities for the 1994, 1995, 1997, 1998, and 2000 tax years.

19. On or about December 8, 2003, a delegate of the Secretary of Treasury recorded in the County Recorder's Office of San Diego County, California, Notices of Federal Tax Lien against Christopher Armstrong for his unpaid federal income tax liabilities for the 2001 tax year.

---

[2] Accrued interest and penalties are calculated through December 31, 2007.

Complaint                                    - 4 -

20. On or about January 24, 2006, a delegate of the Secretary of Treasury recorded in the County Recorder's Office of San Diego County, California, Notices of Federal Tax Lien against Christopher Armstrong for his unpaid § 6672 penalties for the tax periods ending March 31, 2002; June 30, 2002, September 30, 2003, and December 31, 2003.

WHEREFORE, the United States prays that:

A. Judgment be entered against Christopher Armstrong and in favor of the United States, less any payments or credits for the unpaid federal income tax liabilities owed for the 1994, 1995, 1997, 1998, 2000, 2001 tax years in the amount of $354,456.33 plus interest and other statutory additions allowed by law from December 31, 2007;

B. Judgment be entered against Christopher Armstrong and in favor of the United States, less any payments or credits for the unpaid trust fund recovery penalty assessments owed for the periods ending March 31, 2002; June 30, 2002; September 30, 2003; and December 31, 2003, in the amount of $18,100.78 plus interest and other statutory additions allowed by law from December 31, 2007;

C. The Court find that the United States has valid and subsisting liens by virtue of the assessments set forth in paragraphs 12 and 14 above, on all property and rights to property belonging to Christopher Armstrong including the interest in the Subject Property;

D. The Court order that the federal tax liens against Christopher Armstrong be foreclosed upon his interest in the Subject Property, that the Subject Property be ordered sold, that the proceeds from such sale be distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties, and that a deficiency judgment be entered against Christopher Armstrong to the extent that the sale of the Subject Property fails to satisfy his unpaid federal tax liabilities; and

///

///

E. The United States be awarded its costs for prosecuting this action and any other relief deemed proper by the Court.

Dated: January 3, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney

*/s/ Justin S. Kim*
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-0977
Facsimile:   (202) 307-0054
E-mail:   justin.s.kim@usdoj.gov

Complaint                              - 6 -

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

| I (a) PLAINTIFF | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | CHRISTOPHER ARMSTRONG; WASHINGTON MUTUAL BANK; and CHUONG TRAN, |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: San Diego |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Justin S. Kim U.S. Department of Justice, Tax Division P.O. Box 683, Ben Franklin Station Washington, DC 20044    (202) 307-0977 | ATTORNEYS (IF KNOWN) '08 CV 0069 H CAB |

Stamp: 08 JAN 11 PM 4:01 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- **x** 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENAL | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reappointment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>**x** 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 891 Agriculture Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- **X** 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Complaint to Reduce Federal Tax Assessments to Judgment and to Foreclose Federal Tax Liens pursuant to 26 U.S.C. §§ 7401, 7403

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $372,557.11
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  **x** NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions): JUDGE _____ (filed herewith) DOCKET NUMBER _____

DATE 1/3/07    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____