Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 14 AM 10: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNIX _____ DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| vs | **SUMMONS IN A CIVIL ACTION**<br>Case No. |
| CHRISTOPHER ARMSTRONG;<br>WASHINGTON MUTUAL BANK; and<br>CHUONG TRAN | **'08 CV 0069 H CAB** |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Justin S. Kim
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAVERLY

JAN 14 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)