| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. (202) 307-6531 | FOR COURT USE ONLY |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION\CIVIL TRIAL SECTION<br>P.O. BOX 683\BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | REFERENCE NUMBER<br>000J6746-03 | |
| ATTORNEY FOR (NAME) UNITED STATES OF AMERICA | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
UNITED STATES OF AMERICA vs. CHRISTOPHER ARMSTRONG, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 08CV0069HCAB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

**Name:** WASHINGTON MUTUAL BANK

**Person Served:** SANDRA CAMPOS
**Title:** PERSON AUTH TO ACCEPT SERVICE

**Date of Delivery:** 04/18/08
**Time of Delivery:** 01:43 pm

**Place of Service:** 1130 E PLAZA BLVD #102
NATIONAL CITY, CA 91950    (Business)

**Physical Description:**
AGE: 50'S    HAIR: BLACK    HEIGHT: 5'7"    RACE: H
SEX: F    EYES: BROWN    WEIGHT: 152LBS

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 118.00

[X] Registered: SAN DIEGO County, Number: 479
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
Client File # CMN2007101218
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: April 25, 2008 at: SOUTHERN CALIFORNIA, California.

Signature:
Name: RODRIGO LORA
Title: REGISTERED CALIFORNIA PROCESS SERVER