| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>TAX DIVISION\CIVIL TRIAL SECTION<br>P.O. BOX 683\BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | (202) 307-6531 | |
| | REFERENCE NUMBER<br>000J6746-01 | |
| ATTORNEY FOR (NAME)   UNITED STATES OF AMERICA | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
UNITED STATES OF AMERICA vs. CHRISTOPHER ARMSTRONG, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV0069HCAB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

**Name of Defendant:** CHRISTOPHER ARMSTRONG
**Person Served:** LOUY KHOTH
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 04/30/08
**Time of Delivery:** 05:00 pm

**Place of Service:** 4180 44TH STREET
SAN DIEGO, CA 92105   (Business)

**Date of Mailing:** 05/02/08
**Place of Mailing:** SACRAMENTO

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**

[X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 103.95

[X] Registered: SAN DIEGO County,
Number: 387
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
Client File # CMN2007101218

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: May 6, 2008
at: SAN DIEGO, California.

Signature:
Name: GREG COLE
Title: REGISTERED CALIFORNIA PROCESS SERVER

PROOF OF SERVICE