KAREN P. HEWITT
United States Attorney

TOM STAHL, CBN 78291
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:    (202) 307-0977
Facsimile:    (202) 307-0054
E-mail:    justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ARMSTRONG; WASHINGTON MUTUAL BANK; and CHUONG TRAN,<br><br>Defendants. | Civil No. 08-cv-0069-H-CAB<br><br>NOTICE OF FILING OF BANKRUPTCY PETITION |

Counsel for the United States hereby gives notice that Defendant Christopher Armstrong filed a voluntary petition for bankruptcy under Chapter 7 on June 20, 2008, in the United States Bankruptcy Court for the Southern District of California, Petition No. 08-05557.  The United States seeks to foreclose on property titled to Christopher Armstrong.  This action is subject to the automatic stay provisions found in 11 U.S.C. § 362(a)(1), (3), (5) and (6) because the property to be foreclosed on in this action is part of the bankruptcy estate pursuant to 11 U.S.C. § 541.

DATE:  September 2, 2008.

Respectfully submitted,

KAREN P. HEWITT

|   |   |
|---|---|
| 1 | United States Attorney |
| 2 | TOM STAHL |
|   | Assistant United States Attorney |
| 3 |   |
| 4 |  /s/ Justin S. Kim |
|   | JUSTIN S. KIM |
| 5 | Trial Attorney, Tax Division |
|   | U.S. Department of Justice |
| 6 | Post Office Box 683, Ben Franklin Station |
|   | Washington, D.C.  20044 |
| 7 | Telephone:    (202) 307-0977 |
|   | Facsimile:     (202) 307-0054 |
| 8 | E-mail:          justin.s.kim@usdoj.gov |

Notice of Filing of Bankruptcy Petition          - 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: none; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants:

> Michael Koch
> Law Office of Michael Koch
> 3990 Old Town Ave., Ste A-103
> San Diego, CA 92110
>
> Christopher Armstrong
> 4180 44th Street
> San Diego, CA 92105

        /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice

Notice of Filing of Bankruptcy Petition          - 3 -